UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**NATIONAL ALLIANCE FOR
ACCESSIBILITY, INC, and DENISE PAYNE,**

        Plaintiffs,

v                                          **Case No.  3:11-cv-239-J-37MCR**

**WAFFLE HOUSE, INC.,**

        Defendant.

## ORDER OF DISMISSAL

Upon the parties's Joint Stipulation to Dismiss (Doc. 22), filed December 9, 2011, it is **ORDERED** and **ADJUDGED** that

1. This cause is hereby **DISMISSED WITH PREJUDICE.**

2. The Court reserves jurisdiction to enforce the settlement agreement entered into by the parties.

2. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Jacksonville, Florida on this 13th day of December, 2011.

ROY B. DALTON JR.
United States District Judge

Copies: Counsel of Record